# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

KATRINA ROBERTSON,
INDIVIDUALLY, AND JODI
ROBERTSON, ON BEHALF OF HIS
MINOR CHILD, BROOKLYNN
ROBERTSON

NO. 2020 CW 0210

VERSUS

THOMAS A. RYAN AND USAA
CASUALTY INSURANCE COMPANY

APR 2 8 2020

---

In Re:   USAA  Casualty  Insurance  Company,  applying  for
         supervisory writs, 19th Judicial District Court, Parish
         of East Baton Rouge, No. 682975.

---

**BEFORE: HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**

                              **TMH**
                              **WIL**

   **Penzato, J.,** concurs on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

_____
       DEPUTY CLERK OF COURT
          FOR THE COURT